CSD 1172 [10/17/05]
Name, Address, Telephone No. & I.D. No.

Matthew D. Tokarz, Esq.
CA Bar No. 225024
MILES, BAUER, BERGSTROM & WINTERS, LLP
1665 Scenic Avenue, Suite 200
Costa Mesa, CA 92626
(714) 481-9100 / FAX (714) 481-9144 File No. 09-07765

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
RODOLFO HABIJAN DE LA ROSA AND AMPARO HALDOS TURNAUCKAS AKA RUDY H. DE LA ROSA,

Debtor.

BANKRUPTCY NO. 09-10990-JM13

§341(a) Mtg. Date: 09/04/2009
§341(a) Mtg. Time: 2:00 p.m.

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

TO THE DEBTOR, THE DEBTOR'S ATTORNEY AND THE CHAPTER 13 TRUSTEE:

☐ Thomas H. Billingslea, Jr., Chapter 13 Trustee    ☑ David L. Skelton, Chapter 13 Trustee,

☑ BAC HOME LOANS SERVICING, LP. c/o Miles, Bauer, Bergstrom & Winters, LLP
(Insert Name and Complete Mailing Address of Objecting Party)

1665 Scenic Avenue, Suite 200, Costa Mesa, CA 92626
a creditor in this case,
hereby objects to the Confirmation of the Chapter 13 Plan. The basis for the objection is stated below.
(NOTE TO OBJECTING PARTY: YOUR STATEMENT OF OBJECTION MUST BE AS SPECIFIC AS POSSIBLE. CHECK ONLY THOSE SECTIONS WHICH ARE APPLICABLE TO YOUR OBJECTION AND PROVIDE AN EXPLANATION OF YOUR OBJECTION WHERE REQUESTED):

1.  ☐  The Plan discriminates unfairly against the class(es) of unsecured claims because

. [§1322(b)(1)]

2.  ☐  The Plan modifies the rights of a creditor whose claim is secured only by a security interest in real property that is the debtor's principal residence by providing that

. [§1322(b)(2)]

3.  ☑  The Plan fails to provide for the curing of a default and maintenance payments on a secured or unsecured claim on which final payment is due after the proposed final payment under the Plan. [§1322(b)(5)]

4.  ☐  The Chapter 13 Plan is not proposed in good faith because

. [§1325(a)(3)]

**THIS OBJECTION TO CHAPTER 13 PLAN MUST BE ACCOMPANIED BY A NOTICE OF HEARING PURSUANT TO LOCAL BANKRUPTCY RULE 3015-5**

CSD 1172

[Continued on Page 2]

CSD 1172 (Page 2) [10/17/05]

5. ☐ The debtor is distributing less to the allowed unsecured creditors than they would receive under a Chapter 7 liquidation. [§1325(a)(4)]

6. ☑ Objecting creditor has an allowed secured claim and objects because
   ☑ I have not accepted the Plan. [§1325(a)(5)(A)], OR
   ☑ the Plan fails to provide for a retention of lien securing my claim and the value of the property to be distributed to me is less than the allowed amount of my claim. [§1325(a)(5)(B)]
   Amount of Claim       $_____
   Value of Property     $_____, OR
   ☐ the debtor has failed to surrender to me the property securing my claim. [§1325(a)(5)(C)]

7. ☐ The debtor has no ability to make the payments proposed by the Plan because


. [§1325(a)(6)]

8. ☐ The debtor has failed to apply all projected disposable income to Plan payments for a period of not less than three years. [§1325(b)(1)(B)]

9. ☐ The debtor has failed to begin making payments prescribed in the Plan within thirty (30) days of the filing of the Plan. [§1326(a)(1)]

10. ☑ Other [cite applicable Code section or case authority]:

The proposed plan contains the following additional provision: "19. Avoidance of First and Second Trust Deed on the subject real property generally described as 2055 Miror Lake Place, Chula Vista, CA 91913. Debtors will bring a motion and adversary action against Real Estate Broker, Lender, Notary and Escrow who without the knowledge or permission of debtors obtained loans secured by the First and Second deeds of trust against Debtors' real estate pursuant to 11 USC 1322 and 11 USC 506. The deeds of trust shall be avoided due to the fraud and gross negligence."

I have unsuccessfully attempted to resolve our objections at the §341 Meeting.

I hereby certify under penalty of perjury that I have this date mailed a true copy of this Objection to Plan to the attorney for the debtor (or the debtor) and to the assigned Chapter 13 trustee as indicated below at the following addresses:

Attorney for Debtor (or Debtor:

Andrew H. Griffin, III
275 East Douglas, Suite 112
El Cajon, CA 92020

Chapter 13 Trustee (select one):
☐ For ODD numbered Chpt. 13 cases:
THOMAS H. BILLINGSLEA, JR., TRUSTEE
530 "B" Street, Suite 1500
San Diego, CA 92101

■ For EVEN numbered Chpt. 13 cases:
DAVID L. SKELTON, TRUSTEE
525 "B" Street, Suite 1430
San Diego, CA 92101-4507

DATED: 8/21/09

/s/ Matthew D. Tokarz
(Signature of (Attorney for) Moving Party)

Matthew D. Tokarz
(Please Type or Print Name)

1665 Scenic Avenue, Suite 200
(Address)

Costa Mesa, CA 92626
(City, State, ZIP)

(__) 714-481-9100
(Daytime Phone Number)

CSD 1172